UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTEENA TINNIN,<br><br>          Plaintiff,<br><br>    v.<br><br>SUTTER VALLEY MEDICAL FOUNDATION,<br><br>          Defendant. | Case No.  1:20-cv-00482-NONE-EPG<br><br>ORDER DENYING PLAINTIFF'S *EX PARTE* APPLICATION FOR LEAVE TO FILE A REPLY TO DEFENDANT'S OPPOSITION<br><br>(ECF No. 42) |

     Currently pending before the Court is Plaintiff Kristeena Tinnin's ("Plaintiff") *ex parte* application for leave to respond to Defendant Sutter Valley Medical Foundation's ("Defendant") supplemental briefing regarding Plaintiff's motion to compel. (ECF No. 42.)

     On March 1, 2021, Plaintiff filed a motion to compel Defendant to produce documents and electronic data responsive to Plaintiff's requests for production. (ECF No. 30.) The Court held a hearing on the motion on March 26, 2021. (ECF No. 37.) Following the hearing, the Court granted Defendant leave to file supplemental briefing not to exceed five pages regarding the burden imposed by the discovery requests at issue. (ECF No. 38.) On April 7, 2021, the Court issued an order granting Plaintiff's motion in part and denying it in part. (ECF No. 44.)

     Plaintiff  filed her *ex parte* application on April 7, 2021. (ECF No. 42.) Plaintiff seeks leave to file a "reply" in support of her motion to compel in order to "explain to the Court the

Defendant has not demonstrated that they can't produce the documents requested[.]" (*Id.*) Plaintiff argues that the output should be in .csv format, but Defendant can also provide PDFs if necessary. (*Id.*)

The Court has already issued an order directing Defendant to produce a representative sampling of responsive documents and permitting Plaintiff to choose the format of production. (*See* ECF No. 44.) The Court will therefore deny Plaintiff's application because the Court's order already granted Plaintiff the relief she seeks on this issue.  In other words, if Plaintiff wishes the data to be produced in .csv format, she may already obtain that format under the Court's order.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's *ex parte* application (ECF No. 42) for leave to file supplemental briefing in support of her motion to compel is DENIED.

IT IS SO ORDERED.

Dated:  **April 8, 2021**              /s/ Erica P. Grosjean
                                       UNITED STATES MAGISTRATE JUDGE

2