STAN S. MALLISON (Bar No. 184191)
StanM@TheMMLawFirm.com
HECTOR R. MARTINEZ (Bar No. 206336)
HectorM@TheMMLawFirm.com
DAN KELLER (Bar No. 332576)
DKeller@TheMMLawFirm.com
MALLISON & MARTINEZ
1939 Harrison Street, Suite 730
Oakland, California 94612-3547
Telephone: (510) 832-9999
Facsimile: (510) 832-1101

Attorneys for Plaintiff
KRISTEENA TINNIN


THOMAS E. GEIDT (SB# 080955)
TERESA W. GHALI (SB# 252961)
AMANDA OSOWSKI (SB# 317843)
tomgeidt@gbgllp.com
teresaghali@gbgllp.com
amandaosowski@gbgllp.com
GBG LLP
601 Montgomery Street, Suite 1150
San Francisco, CA 94111
Telephone: (415) 603-5000
Facsimile: (415) 840-7210

Attorneys for Defendant
SUTTER VALLEY MEDICAL FOUNDATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTEENA TINNIN, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SUTTER VALLEY MEDICAL FOUNDATION, and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 1:20-cv-00482-JLT-EPG<br><br>**JOINT STATUS REPORT**<br><br>Judge:         Hon. Erica P. Grosjean<br>Status conf.   April 28, 2023<br>Time:          10 a.m. |

Pursuant to the Court's Order (ECF No. 75), the parties submit the instant joint status report:

This case, in conjunction with the state court *Price* and *Rodriguez* matters,[1] has settled. The parties are currently in the process of executing a final Memorandum of Understanding ("MOU") and expect to have all signatures returned in short order, at which point they will commence drafting a long-form class action settlement agreement. The parties will present that agreement to the Superior Court for approval. The parties' agreement contemplates dismissal of this action in its entirety following completion of the approval process. Accordingly, the parties request the Court defer any scheduling or other activity in this case until the state court settlement approval process is complete and that the April 28 scheduling conference be vacated.

Respectfully submitted,

DATED:  April 21, 2023                MALLISON & MARTINEZ

BY:   /s/ Daniel C. Keller
            Daniel C. Keller

Attorneys for Plaintiff
KRISTEENA TINNIN

The undersigned attests that the signatory above concurs in the content of this document and has authorized its filing.

DATED:  April 21, 2023                GBG LLP

BY:   /s/ Thomas E. Geidt
            Thomas E. Geidt

Attorneys for Defendant
SUTTER VALLEY MEDICAL FOUNDATION

---

[1] *See Price, et al. v. Sutter Valley Medical Foundation*, Stanislaus County Superior Court Case No. CV-19-001331; *Rodriguez v. Sutter Valley Medical Foundation, et al.*, Stanislaus County Superior Court Case No. CV-20-002132.