|   |   |
|---|---|
| 1 |  |
| 2 |  |
| 3 |  |
| 4 |  |
| 5 |  |
| 6 |  |
| 7 |  |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| KRISTEENA TINNIN, *on behalf of herself and all others similarly situated*, <br><br>Plaintiff, <br><br>v. <br><br>SUTTER VALLEY MEDICAL FOUNDATION, and DOES 1 through 20, inclusive, <br><br>Defendants. | Case No. 1:20-cv-00482-JLT-EPG <br><br>ORDER REQUIRING DISPOSITIONAL DOCUMENT <br><br>(ECF No. 77). |
|---|---|

On April 2, 2020, Plaintiff filed this putative class action, which alleges various wage, hour and other labor-related claims under the Fair Labor Standards Act and the California Labor Code, as well as a representative action claim for civil penalties under the Private Attorneys General Act of 2004. (ECF Nos. 1 & 16).

On December 1, 2022, the Court set a briefing schedule for Plaintiff to file a motion for class certification. (ECF No. 69). A hearing on the motion for class certification, as well as a scheduling conference, is currently set for April 28, 2023. (ECF No. 75). However, Defendant filed a response to Plaintiff's motion for class certification on March 24, 2023, notifying the Court that "the parties have reached a tentative global settlement of the claims in this action."

(ECF No. 76, p. 2).

Now before the Court is the parties' joint status report, which states that this case, in conjunction with two related state court cases, has settled. (ECF No. 77, p. 2). According to the report,

> The parties are currently in the process of executing a final Memorandum of Understanding ("MOU") and expect to have all signatures returned in short order, at which point they will commence drafting a long-form class action settlement agreement. The parties will present that agreement to the Superior Court for approval. The parties' agreement contemplates dismissal of this action in its entirety following completion of the approval process. Accordingly, the parties request the Court defer any scheduling or other activity in this case until the state court settlement approval process is complete and that the April 28 scheduling conference be vacated.

(*Id.*)

In light of the parties' report, IT IS ORDERED as follows:

1. By no later than June 23, 2023, the parties shall make a filing regarding the disposition of this case, *e.g.*, a stipulation for voluntary dismissal, *see* Fed. R. Civ. P. 41(a), or a motion for preliminary approval of a class action settlement.

2. Given that Plaintiff has asserted class and representative claims, if the parties believe that a stipulation for voluntary dismissal is appropriate, they should include legal authority for why their claims may be resolved without further Court approval.

3. Further, the Court vacates all other pending deadlines and hearings.

IT IS SO ORDERED.

Dated:  **April 24, 2023**              /s/ Erica P. Grosjean
                                         UNITED STATES MAGISTRATE JUDGE

2