1    STAN S. MALLISON (Bar No. 184191)
     StanM@TheMMLawFirm.com
2    HECTOR R. MARTINEZ (Bar No. 206336)
     HectorM@TheMMLawFirm.com
3    DAN KELLER (Bar No. 332576)
     DKeller@TheMMLawFirm.com
4    MALLISON & MARTINEZ
     1939 Harrison Street, Suite 730
5    Oakland, California 94612-3547
     Telephone: (510) 832-9999
6    Facsimile: (510) 832-1101

7    Attorneys for Plaintiff
     KRISTEENA TINNIN
8
     THOMAS E. GEIDT (SB# 080955)
9    TERESA W. GHALI (SB# 252961)
     AMANDA OSOWSKI (SB# 317843)
10   tomgeidt@gbgllp.com
     teresaghali@gbgllp.com
11   amandaosowski@gbgllp.com
     GBG LLP
12   601 Montgomery Street, Suite 840
     San Francisco, CA  94111
13   Telephone:  (415) 603-5000
     Facsimile:  (415) 840-7210
14
     Attorneys for Defendant
15   SUTTER VALLEY MEDICAL FOUNDATION

16

17                  UNITED STATES DISTRICT COURT

18                 EASTERN DISTRICT OF CALIFORNIA

19
     KRISTEENA TINNIN, on behalf of herself and    Case No. 1:20-cv-00482-JLT-EPG
20   all others similarly situated,
                                                    **JOINT STATUS REPORT**
21                  Plaintiff,

22          vs.                                     Judge:        Hon. Erica P. Grosjean

23   SUTTER VALLEY MEDICAL
     FOUNDATION, and DOES 1 through 20,
24   inclusive,

25                  Defendants.

26

27

28

1    Pursuant to the Court's Order (ECF No. 78), the parties submit the instant joint status

2 report regarding the disposition of the case:

3    This case, in conjunction with the state court *Price* and *Rodriguez* matters,[1] has settled.

4 The parties have executed a Memorandum of Understanding and are finalizing a draft of the

5 long-form class action settlement agreement. The parties will present that agreement to the

6 Superior Court, in and for the County of Stanislaus, for approval. The parties' agreement

7 contemplates that the complaint in the state court matters will be amended to add Plaintiff Tinnin

8 as a party, and following approval of the class settlement by the Superior Court, that this action

9 will be dismissed in its entirety. Accordingly, the parties request the Court defer any scheduling

10 or other activity in this case until the state court settlement approval process is complete.

11    Respectfully submitted,

12

13 DATED:  June 21, 2023                    MALLISON & MARTINEZ

14

15                                         BY:   */s/ Dan Keller*
                                                    Daniel C. Keller
16
                                           Attorneys for Plaintiff
17                                         KRISTEENA TINNIN

18 DATED:  June 21, 2023                    GBG LLP

19

20                                         BY:   */s/ Thomas Geidt*
                                                    Thomas E. Geidt
21
                                           Attorneys for Defendant
22                                         SUTTER VALLEY MEDICAL
                                           FOUNDATION
23

24

25

26
_____
27    [1] *See Price, et al. v. Sutter Valley Medical Foundation*, Stanislaus County Superior Court
   Case No. CV-19-001331; *Rodriguez v. Sutter Valley Medical Foundation, et al.*, Stanislaus
28 County Superior Court Case No. CV-20-002132.