STAN S. MALLISON (Bar No. 184191)
StanM@TheMMLawFirm.com
HECTOR R. MARTINEZ (Bar No. 206336)
HectorM@TheMMLawFirm.com
DANIEL C. KELLER (Bar No. 332576)
DKeller@TheMMLawFirm.com
MALLISON & MARTINEZ
1939 Harrison Street, Suite 730
Oakland, California 94612-3547
Telephone: (510) 832-9999
Facsimile: (510) 832-1101

Attorneys for Plaintiff Kristeena Tinnin

THOMAS E. GEIDT (Bar No. 080955)
TERESA W. GHALI (Bar No. 252961)
tomgeidt@gbgllp.com
teresaghali@gbgllp.com

GBG LLP
601 Montgomery Street, Suite 840
San Francisco, CA 94111
T: (415) 603-5000
F: (415) 840-7210

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTEENA TINNIN, on behalf of herself and all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br><br>SUTTER VALLEY MEDICAL FOUNDATION and DOES 1 through 20, inclusive,<br><br>　　　　　Defendants. | Case No.: 1:20-CV-00482-DJC-DB<br><br>**JOINT STATUS REPORT** |

Plaintiff Kristeena Tinnin ("Plaintiff") and Defendant Sutter Valley Medical Foundation ("Defendant"), by and through their respective counsel, submit this Status Report pursuant to the Court's December 12, 2023 Minute Order, requesting an update on preliminary approval of the related State Court action.

On November 16, 2023, Plaintiff, together with the plaintiffs in two other matters that have been consolidated with the Tinnin matter, filed their Motion for Preliminary Approval in the state court action. Plaintiffs' Motion for Preliminary Approval is scheduled for hearing on December 20, 2023. The Parties are requesting a final approval hearing to be set on May 20, 2024. Pursuant to the Parties' Settlement Agreement, dismissal of this action is to be filed within 60 days after final approval is granted.

Respectfully submitted,

Dated:  December 18, 2023           **MALLISON & MARTINEZ**

                                    By: /s/ Stan Mallison
                                        Stan Mallison
                                        Hector Martinez
                                        Dan Keller
                                        Attorneys for Plaintiff


Dated:  December 18, 2023           **GBG LLP**

                                    By: /s/ Thomas Geidt
                                        Thomas E. Geidt
                                        Attorneys for Defendant