STAN S. MALLISON (Bar No. 184191)
  StanM@TheMMLawFirm.com
HECTOR R. MARTINEZ (Bar No. 206336)
  HectorM@TheMMLawFirm.com
DAN KELLER (Bar No, 332576)
  DKeller@TheMMLawFirm.com
MALLISON & MARTINEZ
1939 Harrison Street, Suite 730
Oakland, California 94549
Telephone: 510-832-9999
Facsimile:  510-832-1101

Attorneys for Plaintiff
Kristeena Tinnin

THOMAS E. GEIDT (SB# 080955)
TERESA W. GHALI (SB# 252961)
tomgeidt@gbgllp.com
teresaghali@gbgllp.com
GBG LLP
601 Montgomery Street, Suite 840
San Francisco, CA  94111
Telephone:  (415) 603-5000
Facsimile:  (415) 840-7210

Attorneys for Defendant
SUTTER VALLEY MEDICAL FOUNDATION

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTEENA TINNIN, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SUTTER VALLEY MEDICAL FOUNDATION, and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No.: 1:20-CV-00482-DJC-SCR<br><br>**STIPULATION OF DISMISSAL [FRCP 41(A)] AND [PROPOSED] ORDER**<br><br>*Judge: Honorable Daniel J. Calabretta* |

## **STIPULATION**

Pursuant to the Parties' Settlement Agreement, Plaintiff Kristeena Tinnin and Defendant Sutter Valley Medical Foundation hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorneys' fees and costs.

**IT IS SO STIPULATED.**

Dated: November 14, 2024                    **MALLISON & MARTINEZ**

By: _____
Stan Mallison
Hector Martinez
Dan Keller
Attorneys for Plaintiff

Dated: November 14, 2024                    **GBG LLP**

By: _____
Thomas E. Geidt
Teresa W. Ghali
Attorneys for Defendant

**[PROPOSED] ORDER**

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), **IT IS HEREBY ORDERED** that this action be, and hereby is, **DISMISSED WITH PREJUDICE** as to all claims, causes of action, and parties, with each party bearing that party's own attorneys' fees and costs. The Clerk is directed to close the file.

Date:_____          _____
                                                                                                  HON. DANIEL J. CALABRETTA
                                                                                                  UNITED STATES DISTRICT JUDGE